IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00495-RBJ | Date:  August 5, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Janet Coppock |
| Interpreter: | N/A | Probation:  Robert Ford |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1.  SCOTT GEORGE MORRIS<br>**Defendant(s)** | *David Tonini*<br><br><br><br><br>*Richard Banta* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:28 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Court states its findings and conclusions.

**ORDERED:**  Objections to the Presentence Investigation Report that were not withdrawn are **DENIED.**

[24] Motion for Variant/Non-Guideline Sentence is **DENIED.**

[28] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED**.

[29] United States' Motion to Dismiss Counts 2 and 3 of the Indictment is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   Defendant shall be **imprisoned** for **24 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years**.

**ORDERED:**   **Conditions** of Supervised Release that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   **Special Condition** of Supervised Release that:
- (**X**)   If probation finds it necessary, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of supervision and shall pay the cost of treatment as directed by the probation officer.
- (**X**)   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation

**Court in recess:**  9:34 a.m.          Hearing concluded.          Total time:     01:06